FILED
October 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                           )     Case No. 2:08-mj-393 KJM
          Plaintiff,       )
                           )     ORDER FOR RELEASE
v.                         )     OF PERSON IN CUSTODY
                           )
Marc Keyser,               )
                           )
          Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Marc Keyser_ Case _2:08-mj-393 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $25,000, co-signed by defendant's sister and brother-in-law

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) Probation conditions/supervision;

Issued at _Sacramento, CA_ on _10/31/08_ at _3:28 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge