```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MARC McMAIN KEYSER
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR.S-08-538-FCD
                                 )
13             Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14        v.                     )
                                 )
15  MARC McMAIN KEYSER,          )  Date: February 2, 2009
                                 )  Time: 10:00 a.m.
16             Defendant.        )  Judge: Frank C. Damrell, Jr.
    _____ )
17
```

18     It is hereby stipulated between the parties, Benjamin Wagner,
19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20  Cusick, Assistant Federal Defender, attorney for defendant, MARC McMAIN
21  KEYSER, that the status conference hearing date of January 12, 2009 be
22  vacated and continued to February 2, 2009 at 10:00 a.m.

23     This continuance is requested because defense counsel needs
24  additional time to prepare and review discovery and for defense
25  investigation.

26     It is further stipulated that the period from the date of this
27  stipulation through and including February 2, 2009 should be excluded
28  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

1  continuity of counsel and defense preparation.

2  Dated:   January 8, 2009                Respectfully submitted,

3                                          DANIEL J. BRODERICK
   Federal Defender
4

5                                          /s/ Lauren D. Cusick
                                           LAUREN D. CUSICK
6                                          Assistant Federal Defender
                                           Attorney for Defendant
7                                          MARC McMAIN KEYSER

8
   Dated:   January 8, 2009                LAWRENCE G. BROWN
9                                          Acting United States Attorney

10

                                           /s/ Lauren D. Cusick
11                                         BENJAMIN WAGNER
                                           Assistant U.S. Attorney
12                                         per telephonic authorization

13

14  **IT IS SO ORDERED.**

15  Dated: January 8, 2009

16

17                                         _____
                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

Stip and Order                             2