JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MARC McMAIN KEYSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-08-538-FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| MARC McMAIN KEYSER, | ) Hon.  Frank C. Damrell, Jr. |
| Defendant. | ) Date:  July 19, 2010 |
| _____ | ) Time: 10:00 a.m. |

    Defendant Marc McMain Keyser, through his attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Jean Hobler, hereby stipulate and request that the Court continue the restitution hearing in the above-captioned case from May 24, 2010 to **July 19, 2010, at 10:00 a.m.**

    The reason for this request is that the probation officer needs additional time to prepare a report regarding restitution.  Additionally, defense counsel was recently appointed to represent Mr. Keyser and needs additional time to review sentencing materials in preparation of the restitution hearing.  The requested July 19, 2010 restitution hearing date is within 90 days after sentencing as permitted by 18 U.S.C. § 3664(d)(5).

    Mr. Keyser requests to be present at the restitution hearing.  He thus requests that the Court direct the U.S. Marshal's Office not to transport Mr. Keyser from the Sacramento County jail or other local jail facility to federal prison before the July 19, 2010 restitution

hearing.

                                        Respectfully submitted,

Dated:  May 17, 2010

/s/ John Balazs  
JOHN BALAZS

Attorney for Defendant  
MARC McMAIN KEYSER

BENJAMIN B. WAGNER  
U.S. Attorney

Dated:  May 17, 2010

By:  /s/ Jean Hobler  
JEAN HOBLER  
Assistant U.S. Attorney

## ORDER

For the reasons set forth above, the restitution hearing in this case is continued from May 24, 2010 to July 19, 2010, at 10:00 a.m.  The U.S. Marshal's Office shall not transport defendant Marc McMain Keyser from a local jail facility to federal prison until after the July 19, 2010 hearing date.

Dated:  May 17, 2010

FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE