BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:08-CR-0538 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING** |
| v. | |
| MARC MCMAIN KEYSER, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Special Assistant United States Attorney Jean M. Hobler, and defendant MARC MCMAIN KEYSER, through counsel John Balazs that the restitution hearing presently set for July 19, 2010 be continued to July 26, 2010, at 10:00 a.m.

IT IS FURTHER STIPULATED that the 90 day time period for holding a restitution hearing set forth in Title 18, United States Code, section 3664(d)(5), is waived.

///

///

///

///

///

1

1  This continuance is requested by the defense and stipulated to by the government to permit the defense adequate time to review the Probation Office's supplemental recommendation regarding restitution, issued on July 12, 2010.

IT IS SO STIPULATED.

Dated: July 14, 2010                                BENJAMIN B. WAGNER
                                                    United States Attorney

                                            By:     /s/ Jean M. Hobler
                                                    Special Ass't U.S. Attorney

Dated: July 14, 2010                                /s/ John Balazs
                                                    JOHN BALAZS
                                                    Attorney for Defendant Marc Keyser

**O R D E R**

IT IS SO ORDERED.

Dated: July 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE